UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-275 RHK/SRN

| | |
|---|---|
| KHALID ALI MOHAMED, )<br>)<br>Petitioner, )<br>)<br>v.   ) | **ORDER** |
| )<br>SCOTT BANIECKE, )<br>Field Director, B.I.C.E., )<br>)<br>Respondent. ) | |

The government has released the Petitioner and has filed a Notice of Release, Order of Supervision, and a Request to Dismiss Petition for Habeas Corpus. This petition is now moot. Therefore, it is Ordered that the Petition for Writ of Habeas Corpus be denied as moot.

Dated: 8/24/06

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge